# United States District Court

District of Utah

SHAUN COWLEY

Plaintiff

v.

WEST VALLEY CITY, et al

Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-143-BSJ

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendants and against Plaintiff.

March 30, 2018

*Date*

BY THE COURT:

Bruce S. Jenkins
United States District Judge